Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Civil Division

|  |  |
|---|---|
| Susan Knisely | Case: 1:23−cv−01271<br>Assigned To : Unassigned<br>Assign. Date : 5/4/2023<br>Description: Pro Se Gen. Civ. (F-DECK) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Susan Knisely

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Jury Trial: *(check one)* ☐ Yes ☒ No

U.S. Attorney General Merrick Garland, U.S.
Department of Justice

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Susan Knisely |
| Street Address | 2375 E Tropicana Ave. #8-709 |
| City and County | Las Vegas |
| State and Zip Code | Nevada, 89119 |
| Telephone Number | (725) 910-5826 |
| E-mail Address | susan.c.knisely@outlook.com |



**RECEIVED**

MAY  - 4  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Honorable Merrick Garland |
| Job or Title *(if known)* | U.S. Attorney General, U.S. Department of Justice |
| Street Address | 950 Pennsylvania Avenue |
| City and County | Washington, D.C. |
| State and Zip Code | 20530 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

-18 U.S.C., Chapter 73, Obstruction of Justice, § 1512 - Tampering with a witness, victim, or an informant.
-18 U.S.C. § 3771. Crime victims' rights
-34 U.S.C. § 20144: Justice for United States Victims of State Sponsored Terrorism Act
-Foreign Sovereign Immunities Act 28 U.S.C. §§ 1330-1332, 1367 and 1605A(a), 28 U.S. Code § 1605A - Terrorism exception to the jurisdictional immunity of a foreign state
 -Administrative Procedure Act (APA), Pub. L. 79–404, 60 Stat. 237

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____ .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

      a.    If the defendant is an individual

          The defendant, *(name)* _____ , is a citizen of

          the State of *(name)* _____ . Or is a citizen of

          *(foreign nation)* _____ .

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy−the amount the plaintiff claims the defendant owes or the amount at stake−is more than $75,000, not counting interest and costs of court, because *(explain)*:

  1. Other cases against the Islamic Republic of Iran under the Foreign Sovereign Immunities Act, Terrorism Exception resulted in U.S. District Court judgements greater than $75,000.

  2. The San Antonio Texas FBI office  told me I was going to receive restitution on section of a public corruption case in which the amount would be greater than $75,000 as more than that amount was taken from me. The exact amount of damages in the public corruption case is unknown. The criminal matter involves illegal activities by the CIA.

  3. A (redacted) Abstract of Judgement (in support of the terrorism and public corruption case) was requested over a year ago to the Office of the Assistant Attorney General, Criminal Division in Washington D.C., which is being followed up with by Congress. I do not have a dollar amount to provide.

  4. The U.S. Victims of State Sponsored Terrorism Fund (USVSST) will distribute a 10% informer Award determinted by the U.S. Attorney General but only if the judgement requirement is met. The 10% is further determined by how much money was seized and allocated to the USVSST. In the first three distribution rounds, the USVSST had over a billion dollars in each round, in round four only 100 million.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Previous U.S. Attorney General's did not stop public corruption, specifically U.S. Attorney General Eric Holder and U.S. Attorney General William Barr. The public corruption has grown in numbers and severity as a result. This has understandably caused a large problem for current U.S. Attorney General Merrick Garland.

2. I have been unsucccessful in convincing the Clerk's Office in the U.S. District Court for the District of Columbia that another office within the U.S. Department of State would need to be used to facilitate service of process to the Islamic Republic of Iran through the Embassy of Switzerland in Tehran Iran in my case due to public corruption. An April 26, 2023 response to a complaint I made to the Office of the Inspector General (OIG) in the U.S. Department of State in which my information was forwarded to the U.S. Department of Justice, Office of the Inspector General (DOJ-OIG) was used as supporting evidence. A letter from U.S Senator John McCain referencing State Department jurisdiction was used as supporting evidence.

3. The public corruption case involves illegal activities by the Central Intelligence Agency (CIA).

4. Facts (fact patterns) of the above mentioned OIG investigation are classified. Facts (fact patterns) of the entire public corruption case are classified. Facts (fact patterns) of the terrorism case are classified.

5. The original civil case I intended to file was against the Islamic Republic of Iran under the Foreign Sovereign Immmunities Act, terrorism exception. A Motion to Compel the U.S. Attorney General to provide the classified facts (fact patterns) to the Court was part of my case.  I cannot file that case now due to public corruption obstructing justice.

(Additional Page Attached)

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I request the Court to have the U.S. Attorney General resolve the public corruption problem obstructing justice that is preventing me from filing a civil lawsuit in this Court against the Islamic Republic of Iran and collecting restitution or provide an alternative route to collect restitution immediately, for example through their Court that is authorized to hear national security matters in full. I have estimated a minumum loss of 20 million dollars, using the cap award amount for judgements with the U.S. Victims of State Sponsored Terrorism fund.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            05/03/2023

Signature of Plaintiff

Printed Name of Plaintiff            Susan Knisely

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

STATEMENT OF FACTS (CONTINUED)

6. My position on sanctioning the Islamic Republic of Iran both as a victim-witness and a public safety advocate is in line with the U.S. governments position on Iranian sanctions.

7. The liability for restitution was supposed to be (at least in part), the Islamic Republic of Iran.

8. The statue governing the U.S. Victims of State Sponsored Terrorism fund contains a provision related to subrogation rights which is 34 U.S.C. § 20144 (5) Justice for United States Victims of State Sponsored Terrorism Act, Subrogation and Retention of Rights.

9. The U.S. Department of State has a explainer video on their You Tube channel related to the governments position on sanctioning the Islamic Republic of Iran. The explainer video is dated December 23, 2020 and is  titled, "U.S. Policy on Iran Sanctions Explained." The website link for the explainer video is https://youtu.be/HgW1boQoLTw.

10. I have missed four rounds of distribution restitution payments from the U.S. Victims of State Sponsored Terrorism fund. Many other victims whose cases occurred after mine have judgements and are receiving restitution from the U.S. Victims of State Sponsored Terrorism fund. This has caused me severe emotional distress.

11. Exhibits include Legislative Affairs response letters from federal government agencies as part of congressional casework, Freedom of Information Act (FOIA) cases, and other responses. The exhibits display a sense of what the public corruption is attempting to conceal by obstructing justice. Some important notable key words throughout the exhibits are "missing family members," "Office of the Director of National Intelligence,"  "the NSA is not a law enforcement agency and has no purview over such matters," "glomar response," "neither confirm nor deny the existance," "money laundering of nursing wages," "other electronic devices-small explosive devices," "agents of a hostile foreign power," "judicial review in U.S. District Court," "assigned analyst," "asset to solve crimes and prevent terrorist attacks," "Counterterrorism Division, National Security Branch," "within the purview of the U.S. Department of Justice," and "problems with the Victims of Crime and Federal Witness Protection Program."