# EXHIBIT 1



Susan Christine Knisely <feribyisusan@gmail.com>

---

## Message from the U.S. Department of State

---

**U.S. State Department** <NoReply@state.gov>                    Mon, Apr 24, 2023 at 1:30 PM
To: feribyisusan@gmail.com



April 24, 2023

Dear Susan ,

Your query would be best answered by the Bureau of Near Eastern Affairs.


Thank you for contacting the U.S. Department of State.


Bureau of Global Public Affairs
Office of Public Liaison

**\*\*Please DO NOT REPLY** to this e-mail address. It is not monitored for responses.\*\*

# EXHIBIT 2

## OIG Hotline - Customer Receipt Letter, H20231817

DoS OIG INV (no reply) <noreply@stateoig.gov>
Wed 4/26/2023 8:08 AM
To: susan.c.knisely@outlook.com <susan.c.knisely@outlook.com>

Susan Knisely,

We are writing regarding the complaint that you submitted to the Office of Inspector General for the U.S. Department of State. We have reviewed your complaint and determined that the appropriate offices to address your concerns are the Bureaus of Near Eastern Affairs and South and Central Asian Affairs, the Bureau of Consular Affairs, Executive Offices and the U.S. Department of Justice, Office of Inspector General (DOJ-OIG). Your information has been forwarded to those offices.

The OIG will take no further action on your complaint. If you have questions, please contact the Bureaus of Near Eastern Affairs and South and Central Asian Affairs, the Bureau of Consular Affairs, Executive Offices and the DOJ-OIG, using reference number H20231817. We cannot provide telephone numbers or email addresses for the Executive Offices, but you may send a letter to:

US Department of State
Bureaus of Near Eastern Affairs and South and Central Asian Affairs
Office of the Executive Director
2201 C Street, NW, Rm. 4253, HST
Washington, DC 20520
United States

US Department of State
Bureau of Consular Affairs
Office of the Executive Director
SA-17, 7th Floor
Washington, DC 20522-1707
United States

U.S. Department of Justice
Office of Inspector General
Investigations Division
950 Pennsylvania Avenue, NW
Room 4706
Washington, DC 20530

Thank you for bringing this matter to our attention.

Sincerely,

U.S. Department of State
Office of Inspector General
Hotline Staff

=============================================

OFFICIAL


Confidentiality Notice: This email is from the Office of Inspector General, Department of State, and may contain information that is "Law Enforcement Sensitive" or otherwise subject to the Privacy Act and/or legal and or other privileges that restrict release without appropriate legal authority. Any use, distribution, or copying of this message, including any of its contents or attachments by any person other than the intended recipient, or for any purpose other than its intended use, is strictly prohibited. If you received this message in error, please notify the sender immediately by telephone and permanently delete this message and any attachments.

# EXHIBIT 3

COMMITTEE ON ARMED SERVICES

COMMITTEE ON
ENERGY AND NATURAL RESOURCES

COMMITTEE ON HEALTH,
EDUCATION, LABOR, AND PENSIONS

COMMITTEE ON HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS

COMMITTEE ON INDIAN AFFAIRS

# United States Senate

241 RUSSELL SENATE OFFICE BUILDING

5353 NORTH 16TH STREET
SUITE 105
PHOENIX, AZ 85016
(602) 952-2410

122 NORTH CORTEZ STREET
SUITE 108
PRESCOTT, AZ 86301
(928) 445-0833

4703 SOUTH LAKESHORE DRIVE
SUITE 1
TEMPE, AZ 85282
(480) 897-6289

407 WEST CONGRESS STREET
SUITE 103
TUCSON, AZ 85701
(520) 670-6334

TELEPHONE FOR HEARING IMPAIRED
(602) 952-0170

August 5, 2010

Susan Knisely
217 W. Osborn Road, #110
Phoenix, AZ 85013

Dear Susan:

I want to take this opportunity to thank you for your letter.

Your situation is in the jurisdiction of the State Department.  Therefore, I have forwarded your letter to that agency.

Susan, I do hope your situation can be resolved favorably.

Sincerely,

John McCain
United States Senator

JM/xcc

# EXHIBIT 4

RE: Assistance with Service of Process on Iran for federal U.S. Court

Gobet Christian EDA GOC <christian.gobet@eda.admin.ch>

Tue 5/2/2023 6:02 AM

To: susan.c.knisely@outlook.com <susan.c.knisely@outlook.com>

Dear Mrs. Knisely

Further to your enquiry April 25, 2023, please find hereafter the following link. You will be able to find all the information you are inquiring on this travel.state.gov website: https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html

Best regards.

Embassy of Switzerland
Foreign Interests Section

No. 39, Shahid Mousavi Street
(Golestan 5th), Pasdaran Avenue
P.O. Box 19395-4683, 19649-63751 Tehran, Iran
Phone +98 21 2254 2178
Fax +98 21 2258 0432
tehran.fi@eda.admin.ch
www.eda.admin.ch/tehranfi

# EXHIBIT 5

**RE: Clarification/State Department (Public Corruption Related) Re: Question: Different Circumstances- Service of Process on Iran-FSIA Case**

dcd cmecf <dcd_cmecf@dcd.uscourts.gov>
Tue 5/2/2023 9:12 AM

To: susan.c.knisely@outlook.com <susan.c.knisely@outlook.com>

Good morning-

The primary information included on the website is still accurate and should be followed to request a foreign mailing. The section of the Department of State that handles foreign service under the Foreign Sovereign Immunities Act is the Director of Special Consular Services and the Office of the Legal Adviser, L/CA/POG/GC. You may submit all required documents, copies, and translations, with an envelope (and any other shipping supplies) addressed to:

**U.S. Department of State**
**L/CA/POG/GC, SA-17, 10th Floor**
**Washington, DC 20522-1710**
**Attn:FSIA**

Please note, your documents must also include a cashier's check for $2,275, made out to the U.S. Department of State, or the U.S. Embassy or Consulate involved.

Thank you,
Clerk's Office
**U.S. District Court for the District of Columbia**
333 Constitution Avenue NW, Room 1225, Washington, DC 20001
**Phone:** (202) 354-3190 | **Email:** DCD_Intake@dcd.uscourts.gov
**Website:** www.dcd.uscourts.gov
COVID-19 Response – Information & Announcements

# EXHIBIT 6



**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

May 7, 2021

The Honorable Kyrsten Sinema
United States Senator
3333 East Camelback Road, Suite 200
Phoenix, AZ 85018

      Attn: Carlos Ramos

Dear Senator Sinema:

      This responds to your letter to the Department of Justice dated March 10, 2021, on behalf of your constituent, Ms. Susan Knisely, inquiring about the collection of restitution for victims of Iranian terrorism.

      The United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"), created in 2015 by the Justice for United States Victims of State Sponsored Terrorism Act, provides compensation to certain United States persons who were injured in acts of international state-sponsored terrorism. *See* 34 U.S.C. § 20144. In general, the USVSST Fund may compensate eligible United States persons who hold a final judgment issued by a United States district court awarding the applicant compensatory damages arising from acts of international terrorism for which a foreign state sponsor of terrorism was found not immune from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act. 34 U.S.C. § 20144(c)(3)(A). The United States government has designated Iran as a state sponsor of terrorism.

      The USVSST Fund maintains a public website (http://www.usvsst.com/), updated regularly, that provides comprehensive information about the USVSST Fund, including eligibility requirements. The USVSST Fund does not have a record of a claim submitted by Ms. Knisely.

      We hope this information is helpful. Please do not hesitate to contact the Office of Legislative Affairs if we may provide additional assistance regarding this or any other matter.

                            Sincerely,

                            Acting Chief of Staff

# EXHIBIT 7



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C.  20530*

The Honorable Kyrsten Sinema
3333 East Camelback Road, Suite 200
Phoenix, AZ 85018

     Attn: Carlos Ramos

Dear Senator Sinema:

     This responds to your letter to the Department of Justice dated October 21, 2021, on behalf of your constituent Ms. Susan Knisely, inquiring about "collecting restitution under the Victims of Iranian Terrorism Act and associated act afforded to victims of Iranian terrorism."

     As stated in our response to your letter to the Department of Justice dated March 10, 2021, the United States Victims of State Sponsored Terrorism Fund (USVSST Fund), created in 2015, provides compensation to certain United States persons who were injured in acts of international state-sponsored terrorism.  *See* 34 U.S.C. § 20144.  In general, the USVSST Fund may compensate eligible United States persons who hold a final judgment issued by a United States district court awarding the applicant compensatory damages arising from acts of international terrorism for which a foreign state sponsor of terrorism was found not immune from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act.  34 U.S.C. § 20144(c)(3)(A).  As you know, the United States government has designated Iran as a state sponsor of terrorism.  The USVSST Fund's website, updated regularly, provides comprehensive information about the USVSST Fund, including eligibility requirements.

     To date, the USVSST Fund has allocated or paid over $3 billion to eligible victims of terrorism in three rounds of payment.  The USVSST Fund received an application from Ms. Knisely on August 24, 2021.  Ms. Knisely submitted her application after the third round of payments, so the USVSST Fund will consider it for the fourth round.  Once the USVSST Fund reviews her claim for fourth-round eligibility, the USVSST Fund will communicate further with her regarding her application and eligibility.  Please note that, as indicated on the USVSST Fund's website (http://www.usvsst.com/), the timing of the fourth round of payments cannot yet be determined.

The Honorable Kyrsten Sinema
Page 2

We hope this information is helpful.  Please do not hesitate to contact the Office of Legislative Affairs if we may provide additional assistance regarding this or any other matter.

Sincerely,

Acting Chief of Staff

# EXHIBIT 8

HARRY REID
NEVADA

MAJORITY LEADER

# United States Senate
WASHINGTON, DC 20510–7012

February 9, 2010

Ms. Susan Knisely
7582 Las Vegas Blvd. S. #236
Las Vegas, NV  89123

Dear Ms. Knisely:

     This letter is to acknowledge receiving your request for assistance regarding the Victim of Crime and Federal Protection Program. Since this is an issue handled by Department of Homeland Security, we have forwarded your letter for their attention.  You will be hearing directly from their office.  If you have any questions regarding your case, please contact:

Department of Homeland Security
301 7th Street SW, Mail Stop 0501
Washington, DC 20528-0150
(202) 447-5890

My best wishes to you.

Sincerely,

*Danielle Barrett*

Danielle Barrett
Staff Assistant for
HARRY REID
United States Senator

# EXHIBIT 9

HARRY REID
NEVADA

MAJORITY LEADER

# United States Senate

WASHINGTON, DC 20510–7012

March 5, 2010

Ms. Susan Knisely
7582 Las Vegas Blvd. S. #236
Las Vegas, NV 89123

Dear Ms. Knisely:

This letter is to acknowledge receiving your request for assistance with recovery of your funds from an alleged Government Operative named Marc Moore. It is suggested that you contact the Las Vegas office of the Federal Bureau of Investigation for assistance. I have provided their information below:

Federal Bureau of Investigation
700 East Charleston Blvd.
Las Vegas, NV 89104
(702) 385-1281 (24 hour assistance)

I hope you find this information helpful. My best wishes to you

Sincerely,

Danielle Barrett

Danielle Barrett
Staff Assistant for
HARRY REID
United States Senator

Reply to:

333 Las Vegas Boulevard South
Suite 8016
Las Vegas, NV 89101
(702) 388-5020
(702) 388-5030 fax

# EXHIBIT 10



U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536

**U.S. Immigration
and Customs
Enforcement**

**MAR 1 1 2010**

The Honorable Harry Reid
United States Senator
333 Las Vegas Boulevard South
Suite 8016
Las Vegas, NV  89101

Dear Senator Reid:

Thank you for your February 9, 2010, letter to Chani Wiggins, Assistant Secretary, Office of Legislative Affairs for the Department of Homeland Security (DHS).  You wrote on behalf of Susan Knisely, concerning her problems with the Victims of Crime and Federal Witness Protection programs.

After reviewing your correspondence, we determined that Ms. Knisely's request is within the purview of the U.S. Department of Justice (DOJ).  Therefore, we are forwarding your letter to the following person for appropriate handling:

> Ronald Weich
> Assistant Attorney General
> Office of Legislative Affairs
> U.S. Department of Justice
> 950 Pennsylvania Avenue, SW
> Washington, D.C.  20530

Thank you again for contacting ICE.  Please do not hesitate to contact my office if you have additional questions.

Sincerely,

Elliot Williams
Director

cc: Susan Knisely

www.ice.gov



**U.S. Immigration
and Customs
Enforcement**



US OFFICIAL MAIL
$300 Penalty
For Private Use

016H26601510

$00.88 0
03/12/2010

Mailed From 20743
**US POSTAGE**

Hasler

500 12th Street, SW, 11th Floor
Washington, D.C.  20536

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Susan Christine Knisely
7582 Las Vegas Boulevard, S. #236
Las Vegas, Nevada  89123



89123$1009 C011

# EXHIBIT 11

JON KYL
730 HART SENATE OFFICE BUILDING
(202) 224-4521

COMMITTEE ON FINANCE

COMMITTEE ON THE JUDICIARY

REPUBLICAN WHIP

# United States Senate

WASHINGTON, DC 20510-0304

STATE OFFICES:

PHOENIX, AZ 85016
(602) 840-1891

6840 NORTH ORACLE ROAD
SUITE 150
TUCSON, AZ 85704
(520) 575-8633

October 12, 2010

Ms. Susan Christine Knisely
217 West Osborn Road, # 213
Phoenix, Arizona 85013

Dear Ms. Knisely:

Thank you for contacting my office with your concerns.

In an effort to be of help, I have taken the liberty of forwarding your correspondence to officials at the U.S. Department of Justice to ask that your comments be given appropriate consideration.

I am requesting that the agency respond directly to you.

Sincerely,

JON KYL
United States Senator

JK:ep

# EXHIBIT 13



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

0 6 DEC 2010

Ms. Susan Christine Knisely
217 W. Osborn, #213
Phoenix, AZ 85013

Dear Ms. Knisely:

Thank you for documenting your concerns regarding your relationship with Paymon Safavi. Your correspondence addressed to Senator John Kyl was referred to my office for response.

Under the Department of Justice and FBI policies, we can neither confirm nor deny the existence of an FBI investigation related to your concerns. Thus, I am unable to fulfill your request for specific documentation from my office. I appreciate the information you have provided to us, and I want to assure you that the FBI takes all threats to national security very seriously. Any matter related to terrorist activities in the United States receives our full attention. If you, or any member of your family believes your life to be threatened or in danger, I recommend you contact your local law enforcement authorities.

The FBI appreciates the concerns of the public and welcomes input and information as it is a great asset to the FBI in helping solve crimes and prevent terrorist attacks. I regret I am unable to be more responsive to your concerns, but I hope this information is helpful to you.

Sincerely,

Mark F. Giuliano
Assistant Director
Counterterrorism Division
National Security Branch

1 – Honorable Jon Kyl
    United States Senate
    Washington, DC 20510

# EXHIBIT 14

Ms. Susan Christine Knisely
217 W. Osborn
Phoenix, AZ 85013

DEC 1 3 2010

Reference: DF-2011-00024

Dear Ms. Knisely:

We received your 10 December 2010 email addressed to the Office of the Director of National Intelligence (ODNI), wherein you requested, under the Freedom of Information Act (FOIA), and the Privacy Act, the following:

> "1. **Federal Bureau of Investigation, <u>Recommendation for release</u> of Paymon Safavi from the North Las Vegas Detention Center in 2005.**
>
> **2. Documents of [your] identity in the federal computer data base.**
>
> **3. Documents of Paymon Safavi's identity in the federal computer data base....**
>
> **4. The location of [your] son, Cyrus Adrian Safavi...[plus] documents of his identity in the federal computer data base.**
>
> **5. Documents that show the State Department intervened in a Colorado Family Law Case....**
>
> **6. Documents to show that Paymon Safavi was enrolled in the Federal Witness Protection program...."**

Please be advised that the information you are requesting falls under the purview of the Federal Bureau of Investigation (FBI). In view of this, your request should be submitted to the FBI at the following address:

> Mr. David M. Hardy
> Record/Information Dissemination Section
> Records Management Division
> Federal Bureau of Investigations
> Department of Justice
> 170 Marcel Drive
> Winchester, VA 22602-4843

If you have any questions, please call the Requester Service Center at (703) 275-3642.

Sincerely,

John F. Hackett
Director, Information Management Office

# EXHIBIT 15

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE

WASHINGTON, DC 20511

**MAY 06 2013**

Ms. Susan Christine Knisely
13420 Southwest Freeway #245
Sugar Land, TX 77478

Reference: DF-2011-00024

Dear Ms. Knisely:

We received your fax dated 3 May 2013 addressed to the Office of the Director of National Intelligence (ODNI) regarding your previous Freedom of Information Act (FOIA) request and asking that the ODNI contact the FBI with case information.

In our letter to you dated 13 December 2010, the ODNI indicated that the information that you were requesting was outside of the purview of the ODNI.

Unfortunately, we are unable to comply with your request to contact the FBI.

Sincerely,

Jacqueline Winns
Acting Chief, Information and Data Management Group



016H26522416

$ 00.460

05/07/2013

Mailed From  22102

US POSTAGE

Hasler

MS. SUSAN KNISLEY
13420 SOUTHWEST FREEWAY #245
SUGAR LAND, TX 77478

7747835212 20

Office of the Director of National Intelligence

Washington, DC 20511

TECH 366
ODNI IDMG