# EXHIBIT 16

CLOSED,HABEAS

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:05–cv–01004–JCM–PAL

PAYMON SAFAVI v. DEPARTMENT OF HOMELAND
SECURITY/ICE/LVG
Assigned to: Judge James C. Mahan
Referred to: Magistrate Judge Peggy A. Leen
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/16/2005
Date Terminated: 02/20/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Paymon Safavi**                           represented by   **Paymon Safavi**
                                                             264206
                                                             2030 North Derek Drive, #202
                                                             Fullerton, CA 92831
                                                             PRO SE

V.

**Respondent**

**Department of Homeland Security**         represented by   **Carlos A Gonzalez , USAO**
**Immigration Customs Enforcement**                          U.S. Attorney's Office
                                                             333 Las Vegas Blvd So
                                                             Suite 5000
                                                             Las Vegas, NV 89101–
                                                             Email: Carlos.Gonzalez2@usdoj.gov
                                                             *(Inactive)*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2005 | 1 | PETITION FOR WRIT OF HABEAS CORPUS by Pet. (Entered: 09/07/2005) |
| 08/09/2005 | 2 | MOTION/APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS by Pet. (Entered: 09/07/2005) |
| 09/25/2005 | 3 | ORDER that Clerk shall serve copies of the pet (#1) upon US Atty, Atty General, and USDOHS. Resp has 3 days to file resp pleading. Pet's app to proc ifp (#2) is denied. (cps dist) (Entered: 09/21/2005) |
| 09/26/2005 | 4 | MISCELLANEOUS DOCUMENT by Pet for hrg. (s)DISPO: (Entered: 09/27/2005) |
| 09/27/2005 | 6 | MOTION FOR EXTENSION OF TIME by Resp. (s)DISPO: (Entered: 09/30/2005) |
| 09/29/2005 | 5 | USM RETURN upon USA of order (#3) on 9/22/05. (Entered: 09/30/2005) |
| 10/04/2005 | 7 | ORDER that Resp's mtn (#6) is granted. Resp has until 10/17/05 to file a resp. (cps dist) (Entered: 10/04/2005) |
| 10/05/2005 | 8 | TRAVERSE by Pet. (s) (Entered: 10/05/2005) |
| 10/06/2005 | 9 | RESPONSE TO MOTION by Resp to Pet's pet for writ of hc (#1). (s) (Entered: 10/07/2005) |
| 10/18/2005 | 10 | RESPONSE TO MOTION by Pet to resp (#9) to traverse (#8) to pet for writ of hc (#1). (s) (Entered: 10/24/2005) |
| 10/27/2005 | 11 | NOTICE OF CHANGE OF ADDRESS by Pet. (nss) (Entered: 10/30/2005) |
| 12/20/2005 | 12 | ORDER re 1 Petition for Writ of Habeas Corpus filed by Paymon Safavi,, 9 Response to Motion filed by Department of Homeland Security Immigration Customs |

| | | Enforcement,, <u>10</u> Response to Motion filed by Paymon Safavi,, <u>8</u> Traverse filed by Paymon Safavi,. IT IS THEREFORE ORDERED that respondents shall file, within five days of the date this order is entered, a status report describing petitioner's current detention status. IT IS FURTHER ORDERED that, if petitioner is still being detained, the court shall schedule such proceedings as necessary to determine whether such detention violates federal law. Signed by Judge James C. Mahan on 12/16/05. (MMM, ) (Entered: 12/23/2005) |
|---|---|---|
| 01/03/2006 | <u>13</u> | STATUS REPORT by Respondent Department of Homeland Security Immigration Customs Enforcement. (Gonzalez, Carlos) (Entered: 01/03/2006) |
| 02/20/2007 | <u>14</u> | ORDER DENYING as MOOT, Petitioner's Petition for Writ of Habeas Corpus. (Petitioner has been released from custody 10/17/05.) Signed by Judge James C. Mahan on 2/14/07. (AXM) (Entered: 02/20/2007) |

# EXHIBIT 17



**U.S. Department of Justice**
United States Attorney's Office
Southern District of Texas

919 Milam Street, #1500          Phone (713 567-9000
Post Office Box 61129            Fax  (713) 567-3300
Houston, Texas 77208

11/22/2011

Susan Christine Knisely, B.S.N. RN
217 W. Osborn, #213
Phoenix, AZ 85013

Dear Sir or Madam:

The United States Attorney's Office is responsible for prosecuting violations of
federal criminal law. As such, this office receives case matters through investigative agencies,
i.e. Federal Bureau of Investigation (FBI), Customs, Secret Service, etc. While this office
represents the United States Government and various federal agencies, we are not authorized
to give legal opinions or advice to private individuals.

☑    Please contact the following investigative angency/agencies:

FBI 713-693-5000

☐    We are returning to you the information you provided to our office. Please contact the
above investigative agency/agencies concerning this matter. If necessary, the
above investigative agency/agencies will contact you.

☐    We are forwarding your information to the above investigative agency/agencies.  Please
contact them concerning this matter. If necessary, the above investigative
agency/agencies will contact you.

☐    We are returning to you the information you submitted in your recent correspondence
because we are unable to aid you in this matter. The reference made in your letter
regarding criminal activity is not a federal offense. It is recommended that you
forward this information to local or state authorities.

☐    In as much as you feel you have suffered some injustice, you might consider consulting
with a private attorney in order to explore all possible legal actions.

# EXHIBIT 18



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act & Privacy Acts Branch
Communications Center
245 Murray Lane, S.W., Building T-5
Washington, D.C. 20223

Date:   MAY 17 2011

Susan C. Knisley
P. O. Box 5005
Goodyear, AZ 85338

File Number:   20110046

Dear Ms. Knisley:

Reference is made to your Freedom of Information Act request received by this office on April 14, 2011, for access to information confirming your tour through the White House in January 2010.

Please note that we are interpreting your request to consist of Access Control Records System (ACR) records, and/or Worker and Visitor Entrance System (WAVES) records.

It is the government's position that the WAVES and ACR records are not United States Secret Service agency records subject to the FOIA. Rather, these records are records governed by the Presidential Records Act, 44 US.C. § 2201 et seq., and remain under the exclusive legal custody and control of the White House Office and the Office of the Vice President.

The White House and the Office of the Vice President retain authority to direct the discretionary release of the White House visitor records, and have announced a policy for discretionary releases. Therefore, your request is being referred to White House Counsel's office for consideration pursuant to this policy, and we are closing this file.

Please be advised that any decision concerning a FOIA request, including a decision that the Agency maintains no responsive records, is subject to administrative appeal. Should you wish to file an administrative appeal, your appeal should be made in writing and received within 60 days of the date of this letter, by writing to Freedom of Information Appeal, Deputy Director, U. S. Secret Service, Communications Center, 245 Murray Lane, S. W., Building T-5, Washington, D.C. 20223.

Sincerely,

Craig W. Ulmer
Special Agent In Charge
Freedom of Information Act & Privacy Acts Officer

# EXHIBIT 19

*Freedom of Information Act Office*

**U.S. Department of Homeland Security**
500 12th St SW, Stop 5009
Washington, DC  20536



June 05, 2017

Susan Knisely
Alcatraces 32 SM 22, MZA 10 Centro. C.P.
Cancun,  77500 Mexico

**RE:    ICE FOIA Case Number 2017-ICFO-27762**

Dear Ms. Knisely:

This letter is the final response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated March 10, 2017.  You have requested copies of the following records: all records pertaining to Cyrus Adrian Safavi DOB-3/9/2004.

ICE has considered your request under both the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.  Information about an individual that is maintained in a Privacy Act system of records may be accessed by that individual[1] unless the agency has exempted the system of records from the access provisions of the Privacy Act.[2]

ICE has conducted a search of the ICE Office of Enforcement and Removal Operations (ERO) and Office of Homeland Security Investigations (HSI) for records responsive to your request and no records responsive to your request were found.

If you are not satisfied with the response to this request, you have the right to appeal following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter, to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of the FOIA and Privacy Act allow us to recover part of the cost of complying with your request.  In this instance, because the cost is below the $14 minimum, there is no charge.[3]

---

[1] 5 U.S.C. § 552a(d)(1).
[2] 5 U.S.C. §§ 552a(d)(5), (j), and (k).

If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA office and refer to FOIA case number **2017-ICFO-27762**. You may send an e-mail to ice-foia@ice.dhs.gov, call toll free (866) 633-1182, or you may contact our FOIA Public Liaison in the same manner. Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,


Catrina M. Pavlik-Keenan
FOIA Officer

---

[3] 6 CFR § 5.11(d)(4).

# EXHIBIT 20

1/12/12                                 Gmail - U.S. Department of State - Office of Children's Issues



                                                           Susan Knisely <igeometricgroup@gmail.com>

## U.S. Department of State - Office of Children's Issues

1 message

**Wiss, Donna L <WissDL@state.gov>**                                  Thu, Jan 12, 2012 at 12:43 PM
To: igeometricgroup@gmail.com

Ms. Knisely,

I left a message at the following number for you today:  888.540.3320, ext. 118.

I'm following up on contact you had made with the Swiss Embassy in Tehran.  I handle international parental child abduction to Iran and
wanted to speak to you about the situation involving your son Adrian and his sister Brooke.

Please contact me at your earliest convenience if you would like to discuss this with me.

Sincerely,



*Country Officer - Near East, South & Central Asia*

U.S. Department of State, Office of Children's Issues, CA/OCS/CI

WissDL@state.gov, Tel.: 202.663.3141, Fax: 202.736.9132

*Visit the Bureau of Consular Affairs' website at travel.state.gov*

This e-mail is unclassified based on the definitions provided in E.O. 12958.

Privacy/PII
This email is UNCLASSIFIED.

https://mail.google.com/mail/?ui=2&ik=7a24b876db&view=pt&search=inbox...                                      1/1

# EXHIBIT 21

 **Gmail**

Susan Christine Knisely <feribyisusan@gmail.com>

---

## Iran/Terrorism Child Abduction Case Assistance

**PreventAbduction1** <PreventAbduction1@state.gov>
To: Susan Christine Knisely <feribyisusan@gmail.com>

Thu, Jan 25, 2018 at 1:09 PM

Good Afternoon,

**723496** (formerly **97259**) is your son's Children's Passport Issuance Alert Program (CPIAP) enrollment confirmation number and it is still valid.  CPIAP is a notification program. The program allows the Department of State's Office of Children's Issues to contact the enrolling parent(s) or legal guardian(s) to verify whether the parental consent requirement for minor passport issuance has been met when a passport application has been submitted for an enrolled child.  In addition, upon a child's enrollment in the CPIAP, we may alert the enrolling parent(s) or legal guardian(s) of a pending passport application and past passport issuances for the child.

If you would like to make a FOIA request, please follow the instructions on the website below:

https://www.foia.gov/

Best Regards,

Prevention Branch

Office of Children's Issues

U.S. Department of State
Phone:1-888-407-4747

Fax: (202) 485-6222

[Quoted text hidden]

**Official - Privacy/PII**

**UNCLASSIFIED**

# EXHIBIT 22



Susan Christine Knisely
Fax: (915) 329 1398

Consulate General of the Netherlands
One Montgomery Street, Suite 3100
San Francisco, CA 94104

*Date*      June 17, 2015
*Our ref.*   Asylum

*From*   M. van Vemden
*Tel.*    877 388 2443
*Fax*    415 291 2049
*Email*   sfn-ca@minbuza.nl
*Web*

*Re*      your letter

Dear Mrs. Knisely,

With reference to your letter of June 8th, 2015 requesting (information about) asylum in the Netherlands I regret to inform you that the government of the Netherlands cannot accept applications for political asylum from people that are situated in the US, due to the fact that the United States of America is party to the 1967 Protocol and the Convention of 1951 concerning the status of refugees.

The United States has established asylum procedures in its domestic laws for purposes to determine the refugee status of a person. If the US authorities rejected an application for political asylum, the government of the Netherlands will respect that decision.

If you feel however, that your rights are seriously violated you might consider to bring your case to the notice of:
   The United Nations High Commissioner for Refugees (UNHCR)
   Regional Office for the United States of America
   1775 K Street, NW suite 300
   Washington, DC 20006

Please keep in mind that UNHCR does not usually approach third countries for purposes of resettling individuals who are already in the US. The US is considered a safe host country. Therefore such interventions are only made in truly exceptional circumstances.

Sincerely,

Marco van Vemden
Senior Consular Officer

# EXHIBIT 23

 Gmail

Susan Christine Knisely <feribyisusan@gmail.com>

---

## RE: Contacto COMAR
1 message

**López Melchor Ruben** <rlmelchor@segob.gob.mx>      Thu, May 12, 2016 at 8:12 PM
To: "feribyisusan@gmail.com" <feribyisusan@gmail.com>

Good Afternoon

Regarding the procedure for recognition of refugee status in México, we inform you that any foreigner found in national territory have the right to request the refugee status if there´s any fear to return to his/her country of origin. The application must be filed in one of the offices of the General Coordination of the Mexican Commission for Refugee Aid, located in Mexico City, Tapachula, Chiapas and Acayucan, Veracruz, or at the National Institute of Migration. Such a procedure has a duration of 45 working days within which their right to confidentiality are guaranteed, also non-discrimination and the non-return of the applicant to his country of origin or habitual residence, where their life, safety or freedom would be threatened . It also ensures their right to a hearing and at the end of that period, the General Coordination shall issue a reasoned decision based on the recognition or not to the refugee status.

Likewise, it is inform to you that the means to file an application for recognition of refugee status is by means of a letter regardless of language or verbally to COMAR or INM identified staff, where the applicant must state the circumstances that serve to support his/her request. For more information please see the section "Procedures COMAR" at the following link:
http://www.comar.gob.mx/es/COMAR/TRAMITES_COMAR

Best regards.



---

**De:** Susan Christine Knisely Van Dusen <feribyisusan@gmail.com>
**Fecha:** jueves, 12 de mayo de 2016 01:50
**Asunto:** Contacto COMAR


---------------------------------------------------------------
Sitio o portal: **COMAR.Sin título**
Solicitud: **General**
---------------------------------------------------------------


A quien corresponda,


COMAR
COMAR


**Nombre:**                    Susan Christine Knisely Van Dusen


**Correo electrónico:**             feribyisusan@gmail.com

**Delegación/Municipio:**                        Cancun/Playa/Cozumel/Tulum

**Comentario:**

There are a number of very suspicious people trailing me in Playa del Carmen. Recently I made a report to Agents with the Gendarmerie division of the Federal Police in Cancun about a Army official having his supervisor contact the CIA and people on Facebook claiming to have connections with the CIA in Brazil to get my child rescued and another US Army man wanting me to pay him to rescue my son. My guess about all the people following me is because I contacted the Gendarmerie division of the Federal Police in Cancun and they don't like it. I found a ICC attorney in Mexico City who is willing to help me but I have not met with him yet. Do you have any solutions to this ongoing problem in the interm? Thanks Susan Christine Knisely +529841674572

Agradezco su atención.

# EXHIBIT 24



**Cour
Pénale
Internationale**

**International
Criminal
Court**

Le Bureau du Procureur

The Office of the Prosecutor

Our reference:  OTP-CR-211/11

The Hague, 1 August 2011

Dear Sir, Madam

The Office of the Prosecutor of the International Criminal Court acknowledges receipt of your documents/letter.

This communication has been duly entered in the Communications Register of the Office. We will give consideration to this communication, as appropriate, in accordance with the provisions of the Rome Statute of the International Criminal Court.

As soon as a decision is reached, we will inform you, in writing, and provide you with reasons for this decision.

Yours sincerely,

M.P. Dillon
Head of Information & Evidence Unit
Office of The Prosecutor

Susan Christine Knisely
igeometricgroup@gmail.com